In the Matter of EDWARD DOUGHERTY et al., Appellants, against STATE HARNESS RACING COMMISSION et al., Respondents.

Argued November 30, 1955; decided February 9, 1956.

*Sidney O. Raphael, Ralph F. Kane, William Levin* and *Thomas J. Burns* for appellants.

*Jacob K. Javits, Attorney-General* (*Samuel A. Hirshowitz* and *James O. Moore, Jr.,* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DESMOND and DYE, JJ.

In the Matter of the Construction of the Will of ASHER B. HALLOCK, Deceased. FRED A. GILOTH, as Executor of FLORENCE Y. GILOTH, Deceased, Respondent; FRANK D. HALLOCK, Appellant.

Argued January 3, 1956; decided February 9, 1956.